# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### 1st amended plan

DEBTOR: Yuliet Sangil          JOINT DEBTOR:                              CASE NO.: 17-13554-AJC
Last Four Digits of SS# 0531 Last Four Digits of SS# 

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.      $ 271.44    for months 1 to 36 ; in order to pay the following creditors:

Administrative:          Attorney's Fee - $ 3650 TOTAL PAID $ 1500 Balance Due $ 2150
payable $ 215 /month (Months 1 to 10)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                              Arrearage on Petition Date $
Address:                             Arrears Payment    $_____/month (Months _____to _____)
                                     Regular Payment    $_____/month (Months _____to _____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | _____To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                      Total Due $_____
                             Payable   $_____/month (Months____to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 29.30/month (Months 1 to 10) and Pay $ 244.30 /month (Months 11 to 36).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor shall make all contractual payments for 4492 NW 159 Street, Miami Gardens, FL 33054-6004 to Bayview Financial Loan. The debtor shall make all contractual payments for 2012 Chevrolet Equinox to Suntrust BK Miami NA.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Robert Sanchez, Esq                           /s/Robert Sanchez, Esq.
Attorney for Debtor                              Attorney for the Joint Debtor
Date: 7-24-2017                                  Date: 7-24-2017

LF-31 (rev. 01/08/10)